UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION



| | |
|---|---|
| ALEXIS M. HERMAN, Secretary of Labor, United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) Civil Action ) No.  B-98-136 ) |
| v. | ) ) |
| NOMALI, INC.; MANN DRUG, INC. OF VICTORIA; MANN DRUG, INC. OF BROWNSVILLE; RONALD L. MANN; DANNY L. MANN; AND DOUGLAS A. MANN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CONSENT ORDER AND JUDGMENT

This action was brought by Plaintiff, Alexis M. Herman, Secretary of Labor, United States Department of Labor, against Defendants Nomali, Inc.; Mann Drug, Inc. of Victoria; Mann Drug, Inc. of Brownsville; Ronald L. Mann; Danny L. Mann; and Douglas A. Mann, pursuant to Sections 502(a)(2) and 502(a)(5), 29 U.S.C. §§ 1132(a)(2) and 1132(a)(5), of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq., hereinafter referred to as ERISA. Defendants admit to the jurisdiction of the Court over them and over the subject matter of this action and have agreed to the entry of this judgment without contest.

It is therefore, upon joint motion and for good cause shown,

**ORDERED ADJUDGED AND DECREED** that:

1. Defendants Nomali, Inc.; Mann Drug, Inc. of Victoria; Mann Drug, Inc. of Brownsville; Ronald L. Mann; Danny L. Mann; and Douglas A. Mann, and any other employees, officers and directors thereof, be and hereby are permanently enjoined and restrained from violating the provisions of Title I of ERISA.

2. Defendants shall pay to the Nomali, Inc. Employees 401(k) Plan ("Plan") $87,318.45 within 15 days of execution of this Consent Order and Judgment. The money shall be distributed pro rata to the accounts of all non-fiduciaries who, since October 21, 1988, have been or are currently a participant or beneficiary of the Plan. No portion of the money shall be allocated to the accounts of Ronald L. Mann, Danny L. Mann or Douglas A. Mann.

3. Defendants shall reform the leases between the Plan and Nomali, Inc. relating to the properties located at 4303 N. Navarro Street, Victoria, Texas and 230 Security Drive, Brownsville, Texas, to ensure that Nomali, Inc. pays the Plan full fair market rental value for the leases as determined by the appraisal performed by Robinson & Duffy, L.L.P. on August 3, 1998. Defendants shall further ensure that Nomali, Inc. continues to pay the fair market rental value for the leased properties in the future.

4. This Consent Order and Judgment resolves all claims of Plaintiff's Complaint, with the following exceptions:

   a. This Judgment does not adjudicate or otherwise affect any potential civil money penalties that may be assessed under Section 502 (l) of the Act.

   b. This Judgment does not adjudicate or otherwise affect any penalties or interest for Defendants' failure to file timely Form 5500's.

c.   This Judgment does not affect or bind any governmental agency other than the United States Department of Labor.

d.   This Court retains jurisdiction for purposes of enforcing compliance with the terms of this Consent Order and Judgment.

5.   Each party shall bear its own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this dispute including but not limited to attorneys' fees which may be available under the Equal Access to Justice Act, as amended, except for actions by the plaintiff which are necessary to enforce this Order.

DATED THIS 7th DAY OF October, 1998.

_____
UNITED STATES DISTRICT JUDGE

3

The parties move for entry of this Consent Order and Judgment:

| | |
|---|---|
| FOR PLAINTIFF: | MARVIN KRISLOV<br>Deputy Solicitor for National Operations |
| | JAMES E. WHITE<br>Regional Solicitor |
| | WILLIAM E. EVERHEART<br>Deputy Regional Solicitor |
| ADDRESS: | MARY E. WITHEROW<br>Counsel for ERISA |
| Office of the Solicitor<br>U.S. Department of Labor<br>525 Griffin St., Suite 501<br>Dallas, Texas 75202<br>Telephone: (214) 767-4902<br>Facsimile: (214) 767-3445 | */s/ Connie M. Ackermann*<br>CONNIE M. ACKERMANN<br>Bar No. 00786954 (Texas)<br>Trial Attorney |
| | Attorneys for Plaintiff. |
| FOR DEFENDANTS: | */s/ Ronald L. Mann*<br>RONALD L. MANN |
| | */s/ Danny L. Mann*<br>DANNY L. MANN |
| | */s/ Douglas A. Mann*<br>DOUGLAS A. MANN |

4

_____
SUZAN FENNER
Attorney

Gardere & Wynne, L.L.P.
1601 Elm Street
Suite 3000
Dallas, Texas 75201
(214) 999-4576

Attorney for Defendants.

RSOL Case No. 97-00723

5